IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:10-CR-18

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| TIMOTHY MORGAN, | ) | |
| | ) | |
| Defendant. | ) | |

The court DENIES as moot defendant's motion for compassionate release [D.E. 53]. See

[D.E. 54].

SO ORDERED. This 3/ day of March, 2026.

JAMES C. DEVER III
United States District Judge
